**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUNILDA VALLECASTRO,<br>Plaintiff,<br><br>v.<br><br>TOBIN, MELIEN & MAROHN, *et al.*,<br>Defendants. | No. 3:13-cv-1441 (SRU) |

| | |
|---|---|
| NELSON VALLE,<br>Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC,<br>Defendant. | No. 3:16-cv-277 (SRU) |

**CONFERENCE MEMORANDUM AND ORDER**

On March 24, 2017, I held a telephone conference on the record with Nelson Valle, the plaintiff in *Valle v. Green Tree Servicing, LLC*, 3:16-cv-277 (SRU) (the "277 case"), acting *pro se* and as the agent of Brunilda Ramos-Ayala (formerly ValleCastro), the *pro se* plaintiff in *ValleCastro v. Tobin, Melien & Marohn, et al.*, 3:13-cv-1441 (SRU) (the "1441 case"); and Shawn Stephen Smith, attorney for the defendants in both cases. The purpose of the call was to discuss the defendants' pending motion to enforce a settlement agreement that would resolve both cases.

The parties discussed their impressions regarding the events at a settlement discussion. The defendants contended that the material terms of the agreement had been reached and only the execution of a written memorialization of those terms was outstanding. Valle asserted that he did not intend to enter into the agreement, and thought that going on the record with the terms of

the settlement agreement was intended to memorialize his presence at what began as a deposition. He stated that he thought he would have an opportunity to review the terms with counsel, and that when he reviewed the terms himself, he became concerned about whether the agreement misrepresented the real parties in interest. Valle asserted that he wanted to file additional materials regarding the Bank of New York Mellon's interest in the contested property, and the defendants stated that they would object to such a filing.

I explained to Valle that the settlement agreement would only cover the parties in these cases, and would not affect the state court foreclosure action. I encouraged the plaintiffs to seriously consider the settlement agreement, which appears to be quite favorable to the plaintiffs. I further instructed the plaintiffs that if they wished to oppose the defendants' motion to enforce that agreement, they should file a memorandum on the docket within one week from the conference explaining why the agreement should not be enforced.

So ordered.

Dated at Bridgeport, Connecticut, this 24th day of March 2017.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge