UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NELSON VALLE,<br><br>      Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:16-CV-00277-SRU<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Nelson Valle and Defendant Ditech Financial LLC, formerly known as Green Tree Servicing LLC, hereby stipulate and agree that all claims asserted by Plaintiff in the above-captioned action against Defendant shall be dismissed with prejudice and without costs, and with the parties waiving all rights of appeal.

Dated: July 23, 2017

Plaintiff
NELSON VALLE

_____
Nelson Valle (pro se)
66 Montowese Street
Hartford, CT 06114
Tel: 305-791-8959

ME1 25194784v.1

Dated: ~~July~~ August 1st ~~10~~, 2017

Defendant
DITECH FINANCIAL LLC, FORMERLY
KNOWN AS GREEN TREE SERVICING
LLC

By its attorneys,

_____
Shawn Smith
Federal Bar No. CT28340
MCCARTER & ENGLISH, LLP
185 Asylum Street
CityPlace I, 36th Flr.
Hartford, CT 06103-3495
Tel: (860) 275-6794
Fax: (860) 724-3397
Email: shsmith@mccarter.com


Amy B. Hackett (admitted *pro hac vice*)
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Tel: 617-449-6500
Fax: 617-607-9200
Email: ahackett@mccarter.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronics Filing. Parties may access this filing through the Court's CM/ECF System.

Nelson Valle
66 Montowese Street
Hartford, CT 06114

Brunilda ValleCastro a/k/a Brunilda Ramos-Ayala
66 Montowese Street
Hartford, CT 06114

Shawn S. Smith

ME1 25194784v.1